UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:06-CR-36-02-F
No. 4:10-CV-127-F

| | |
|---|---|
| SYLVESTER JONES, ) | |
| Movant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA ) | |
| Respondent. ) | |

This matter is before the court on Sylvester Jones' motion [DE-232] seeking a copy of his trial transcript without payment therefor. He explains that he is indigent and his trial lawyer has not provided to him the legal materials he requires "to truthfully combat or petition the courts rules and procedures." An earlier request was denied by order of July 6, 2012 [DE-228], in part because Jones failed to make a showing of a particularized need sufficient to permit the court to certify "that the suit . . . is not frivolous and that the transcript is needed to decide the issue presented by the suit"). 28 U.S.C. § 753(f). This latest motion states that he needs to "fully review [his] entire trial case" because he is "going to file a motion 28 U.S.C. 2244 for order authorizing district court to consider second or successive relief under 2255," but he does not state on what grounds.

Although Jones's motion [DE-232] for production of trial transcript is DENIED for failure to show a particularized need, he is free to renew that motion in the Fourth Circuit Court of Appeals where he must file his request for authorization to file a second or successive § 2255 petition.

SO ORDERED. This, the 5th day of October, 201.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge